IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PHLEGER, an individual, | No. C 07-01686 SBA |
| Plaintiff, | ORDER GRANTING PHONE APPEARANCE |
| vs. | |
| COUNTRYWIDE HOME LOANS INC. et al. | |
| Defendants. / | |

    Based on the application of George W. Hannah, and no opposition to it, the motion to allow George W. Hannah to appear by phone is granted.

SO ORDERED.

Dated: October 2, 2007

_____
NANDOR J. VADAS
United States Magistrate Judge