**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PHLEGER, | No. C-07-1686 SBA (NJV) |
| Plaintiff, | |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., *et al.*, | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 18, 2007, at 10:30 a.m.,** Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order (*see* Docket No. 108), shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated:  October 5, 2007

NANDOR J. VADAS
United States Magistrate Judge