UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PHLEGER,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC, et al.<br><br>   Defendants.<br>_____/ | No. C 07-1686 SBA (WDB)<br><br>**ORDER FOLLOWING *IN CAMERA* REVIEW** |

On October 3, 2007, the undersigned Ordered Counsel for First National and Defendant George Hannah (collectively, "First National") to deliver to the chambers of the undersigned copies of Mr. George Hannah's performance evaluation from June 2006 <u>and</u> the evaluation issued immediately thereafter for *in camera review.* Counsel delivered these documents to chambers on Tuesday, October 9, 2007.

Having reviewed the evaluations, the Court concludes that First National has no further obligation to produce these documents to Plaintiff. The evaluations are of no use in this litigation.

IT IS SO ORDERED.

Dated:  October  9, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc:  parties, SBA, WDB, stats