1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  NICHOLAS A. SUBIAS (BAR NO. 228789)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
4  San Francisco, CA  94111-4074
   Phone:  (415) 837-1515
5  Fax:  (415) 837-1516

6  Attorneys for Plaintiff and Counter-Defendant
   Jean Phleger

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  JEAN PHLEGER, an individual,          Case No. C-07-01686 SBA (WDB)

12              Plaintiff,                **PLAINTIFF JEAN PHLEGER'S EX PARTE
                                          APPLICATION FOR A TEMPORARY
13       vs.                             RESTRAINING ORDER AND ORDER TO SHOW
                                          CAUSE**
14  COUNTRYWIDE HOME LOANS, INC. (dba
    AMERICA'S WHOLESALE LENDER);
15  COUNTRYWIDE BANK, N.A.;
    RECONTRUST COMPANY, N.A.; FIRST       Date: November 15, 2007
16  NATIONAL MORTGAGE SOURCES, LLC;       Ctrm:   3, 3rd Floor
    GEORGE W. HANNAH II, an individual; and  Judge:   Hon. Saundra B. Armstrong
17  DOES 1 through 10, inclusive,
                                          Complaint Filed:      August 16, 2006
18              Defendants.               Date Case Removed:  March 23, 2007

19  ─────────────────────────────────

20  AND RELATED CROSS, COUNTER AND
    THIRD-PARTY CLAIMS.
21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

726672.01/SF

Case No.  C-07-01686 SBA (WDB)
PLAINTIFF'S EX PARTE APPLICATION FOR
TRO

1     Plaintiff Jean Phleger hereby respectfully applies to the Court *ex parte* for an order

2  restraining and enjoining Defendants' Countrywide Home Loans, Inc., Countrywide Bank, N.A.,

3  America's Wholesale Lender, and Reconstruct Company, N.A., (collectively, "Countrywide")

4  from proceeding with a **November 26, 2007** foreclosure sale on her San Francisco family home

5  located at 2728 Green Street.  As set forth in detail in the accompanying Memorandum In Support

6  Of Plaintiff Jeanne Phleger's *Ex Parte* Application For Temporary Restraining Order And Order

7  To Show Cause, a temporary restraining order must be granted because Mrs. Phleger faces

8  imminent, irreparable damage through the loss of her family home on **November 26, 2007**, and

9  demonstrates probable success on the merits of her claims.  Given the irreparable harm faced by

10  the sale of her family home, the balancing of hardships weigh sharply in Mrs. Phleger's favors.  In

11  addition, her claims raise serious issues about the validity of the loans that were fraudulently

12  obtained in her name, which fraudulent loans resulted in the deed of trust upon which

13  Countrywide seeks to foreclose and sell her home.

14     For these urgent reasons, Plaintiff Phleger respectfully requests an immediate *ex parte*

15  order from this Court to restrain the foreclosure sale from taking place on **November 26, 2007 --**

16  **the first business day after Thanksgiving** – and to issue an order to show cause why a

17  preliminary injunction should not issue to restrain any foreclosure sale from proceeding before

18  these matters are judicially resolved before this Court at trial.

19     Plaintiff Phleger's counsel notified Countrywide's counsel of this *ex parte* application on

20  November 15, 2007.

21

22  Dated:  November 15, 2007        ALLEN MATKINS LECK GAMBLE
                          MALLORY & NATSIS LLP

23

24                       By:     /s/ Robert R. Moore

25                          ROBERT R. MOORE
                          Attorneys for Plaintiff and Counter-
                          Defendant Jean Phleger

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

726672.01/SF

-1-

Case No.  C-07-01686 SBA (WDB)
PLAINTIFF'S EX PARTE APPLICATION FOR
TRO