UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEAN PHLEGER                              No. C 07-1686 SBA

       Plaintiff,

  v.                                    **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

COUNTRYWIDE HOME LOANS, INC.

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for December 17, 2008, at 10:00 a. m. in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by December 3, 2008.

    Lead trial counsel shall appear at the Settlement Conference with the parties and persons having full authority to negotiate and settle the case.

        The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Further Settlement Conference

SO ORDERED.

Dated: February 27, 2008

                                              NANDOR J. VADAS
                                              United States Magistrate Judge

SC-further