**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

JEAN PHLEGER,

        Plaintiff,

 v.

COUNTRYWIDE HOME LOANS, INC.,
doing business as America's Wholesale Lender, *et al.*,

        Defendants.

And related cross-, counter-, and third-party suits

No.  C 07-01686 SBA

**ORDER**

[Docket No. 204]

     Before the Court is a Motion for Determination that Settlement between Plaintiff Jean Phleger and Defendants First National Mortgage Sources, LLC and George W. Hannah II Was in Good Faith (the "Motion") [Docket No. 204] filed by defendants First National Mortgage Sources, LLC and George W. Hanna, II.  The Court finds this matter appropriate for resolution without a hearing under Federal Rule of Civil Procedure 78(b).  The Court has reviewed the Motion and its supporting declaration. All other parties have received timely and sufficient notice, and have not filed any opposition to the proposed settlement.  Under *City of Grand Terrace v. Superior Court*, 192 Cal.App.3d 1251, 1261, 238 Cal.Rptr. 119 (1987), the Court need not analyze an unopposed motion for a good faith determination of settlement under *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal.3d 488, 213 Cal.Rptr. 256, 698 P.2d 159 (1985).  The Court GRANTS the Motion as unopposed.

     IT IS SO ORDERED.

     November 10, 2008                    *Saundra B Armstrong*
                                         Saundra Brown Armstrong
                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28