ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         nsubias@allenmatkins.com

Attorneys for Plaintiff and Counter-Defendant
Jean Phleger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEAN PHLEGER, an individual,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC. (dba AMERICA'S WHOLESALE LENDER); COUNTRYWIDE BANK, N.A.; RECONTRUST COMPANY, N.A.; FIRST NATIONAL MORTGAGE SOURCES, LLC; GEORGE W. HANNAH II, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants and Counter-Plaintiffs.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C-07-01686 SBA (WDB)<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE TRIAL DATE AND CERTAIN RELATED DATES** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

750716.01/SF

Case No.  C-07-01686 SBA (WDB)
JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS plaintiff and counter-defendant Jean Phleger ("Plaintiff"); defendants and counter-plaintiffs Countrywide Home Loans, Inc. and Countrywide Bank, F.S.B., fka Countrywide Bank, N.A. (collectively, "Countrywide"); and third-party defendant Stewart Title of California, Inc. ("Stewart Title") have engaged in discussions concerning the need to continue the trial date.

WHEREAS defendants First National Mortgage Sources, LLC and George Hannah, II, which are in the process of settling with Plaintiff, and not oppose continuing the trial and related dates.

WHEREAS good cause exists for a continuance of trial because plaintiff's lead trial counsel, Robert R. Moore, suffered serious health complications requiring emergency open-heart surgery and rehabilitation.  Because of the nature of the surgery, recuperation and rehabilitation were slow and difficult, and that time, Mr. Moore could not directly participate in preparation of this litigation for trial.  Although Mr. Moore is making progress, at present he has not sufficiently recovered to adequately represent the interests of his client at trial.  His cardiologist has explained to him that it is expected, given the nature of the surgery, that Mr. Moore's recovery is not yet complete.  As a result of Mr. Moore's condition, a number of his cases (trials) have been pushed to the early portion of next year, further frustrating his ability to prepare for trial in this matter.

WHEREAS good cause exists for a continuance of trial because the parties have experienced difficulty completing necessary fact witness and expert witness depositions.  Many deposition dates have ultimately proven unworkable, and third-party deponents have also required depositions be cancelled or rescheduled.  Rescheduling depositions, in turn, has proven difficult because many of the depositions were to take, and have taken, place outside of California, including in Jacksonville, Florida; Cherry Hill, New Jersey; New York, New York; Kansas City, Missouri; and Fort Worth Texas.  Locating former employees of defendants also proved difficult and time consuming.  Furthermore, expert discovery has also been delayed, with depositions needing to be rescheduled.

WHEREAS good cause exists for a continuance of trial because at least one expert is unavailable at the time trial is currently set for.  Judi Souza is an important expert retained by

Plaintiff to testify concerning the duties of escrow holders and standards and practices within that industry. She has already submitted an expert report in this action and has been deposed. She is currently unavailable for the period the case is currently set for trial.

WHEREAS good cause exists for a continuance of trial because defendant First National Mortgage Sources, LLC, recently filed for bankruptcy, replaced its counsel, and commenced serious settlement negotiations with Plaintiff, which after extensive work resulted in agreement to a proposed settlement. On April 15, 2008, First National filed for bankruptcy in the United States Bankruptcy Court for the District of Kansas, Case No. 08-20832, staying this action as to First National. In June 2008, counsel for plaintiff and defendants First National's and Hannah's new counsel commenced serious and extensive settlement negotiations, which continued until October 2008, when the parties signed a proposed settlement agreement, and defendant First National obtained the bankruptcy court's approval and moved this Court for a determination of good faith settlement.

WHEREAS all parties agree to continue the trial date and related dates to those set forth in the chart below:

| ACTIVITY | CURRENT DATE | PROPOSED REVISED DATE |
|---|---|---|
| Mandatory Settlement Conference[1] | 12/17/08 – 1/09/09 | 2/25/09 - 3/20/09 |
| Pretrial Preparation Due | 1/13/09 | 3/24/09 |
| Joint Pretrial Statement Due | 1/13/09 | 3/24/09 |
| Trial Brief Due | 1/13/09 | 3/24/09 |
| Proposed Findings of Fact Due | 1/13/09 | 3/24/09 |
| Witness List Due | 1/13/09 | 3/24/09 |
| Designation of Discovery Excerpts Due | 1/13/09 | 3/24/09 |

---

[1] The parties have agreed to discuss the possibility of mediation with their respective clients, and will meet and confer on mediation in lieu of a Mandatory Settlement Conference if authority to mediate is given by their respective clients.

| | | | |
|---|---|---|---|
| 1 | Jury Instructions Due | 1/13/09 | 3/24/09 |
| 2 | Jury Vior Dire and Verdict Forms Due | 1/13/09 | 3/24/09 |
| 3 | | | |
| 4 | Exhibits Due | 1/13/09 | 3/24/09 |
| 5 | Motions in Limine and Objections to Evidence | 1/20/09 | 3/31/09 |
| 6 | | | |
| 7 | Responses to Motions in Limine or Objections to Evidence | 1/27/09 | 4/07/09 |
| 8 | | | |
| 9 | Pretrial Conference | 2/03/09 | 4/14/09 |
| 10 | Trial | 2/09/09 | 4/20/09 |

NOW THEREFORE, JEAN PHLEGER, COUNTRYWIDE, FIRST NATIONAL MORTGAGE SOURCES, LLC, GEORGE HANNAH, II, AND STEWART TITLE HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. To continue the trial and related dates to those set forth in the chart above, or to subsequent dates when the parties and the Court are available. The parties further agree, as is set forth above, that good cause for such a continuance exists.

Dated: November 14, 2008        ALLEN MATKINS LECK GAMBLE
                                  MALLORY & NATSIS LLP

                                By:   /s/  Michael J. Betz
                                   MICHAEL J. BETZ
                                   Attorneys for Plaintiff and Counter-Defendant
                                   Jean Phleger

Dated: November 14, 2008        MILLER STARR REGALIA

                                By:   /s/  Kenneth Styles
                                   KENNETH STYLES
                                   Attorneys for Defendant and Counter-Plaintiff
                                   Countrywide Home Loans, Inc. and
                                   Countrywide Bank, F.S.B., fka Countrywide
                                   Bank, N.A.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

750716.01/SF

-3-

Case No. C-07-01686 SBA (WDB)
JOINT STIPULATION AND [PROPOSED]
ORDER

| | | |
|---|---|---|
| 1 | Dated: November 14, 2008 | ALBORG VEILUVA & EPSTEIN LLP |
| 2 | | |
| 3 | | By:   /s/   Daniel P. Beaver |
| | | DANIEL P. BEAVER |
| 4 | | Attorneys for Third- Party Defendant Stewart Title of California, Inc. |
| 5 | Dated: November 14, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | | |
| 7 | | By:   /s/   Patrik Johansson |
| | | PATRIK JOHANSSON |
| 8 | | Attorneys for Defendants First National Mortgage Sources LLC, and George Hannah, II |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michael J. Betz hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _11/18/08

By: _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge