UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEAN PHLEGER, an individual,<br><br>       Plaintiffs,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>       Defendants. | Case No:  CV 07-01686 SBA<br><br>**ORDER DENYING EX PARTE APPLICATION AND MOTION TO REOPEN DISCOVERY**<br><br>[Docket Nos. 271, 274, 276] |

The Court has read and considered the papers submitted in connection with Defendant Stewart Title of California, Inc.'s Ex Parte Application for an Order Shortening Time to Hear Its Motion to Reopen Discovery to Take Deposition of Third Party Defendant (a Prisoner) Michael J. Edison and Ex Parte Motion to Extend Motion Cut-Off Deadline. [Docket Nos. 271, 274, 276.] The Court, in its discretion, finds that movants have failed to demonstrate good cause to reopen discovery or modify the court's pretrial schedule. <u>Johnson v. Mammoth Recreations</u>, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (good cause required to modify pretrial schedule). Accordingly,

IT IS HEREBY ORDERED THAT Defendant Stewart Title of California, Inc.'s Ex Parte Application for an Order Shortening Time to Hear Its Motion to Reopen Discovery to Take Deposition of Third Party Defendant (a Prisoner) Michael J. Edison and Ex Parte Motion to Extend Motion Cut-Off Deadline [Docket Nos. 271, 274, 276] is DENIED.

Dated:  March 17, 2009

                                                                           Hon. Saundra Brown Armstrong<br>
                                                                           United States District Judge