UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PHLEGER ) ) Plaintiff(s), ) ) v. ) ) COUNTRYWIDE HOME LOANS, INC.,) et al., ) ) Defendant(s). ) ) ) ) ) | No. C07-1686 SBA (BZ)<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: April 2, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

1