UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEAN PHLEGER, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>   Defendants. | Case No:  C 07-01686 SBA<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

   The parties have submitted a letter, dated May 13, 2009, notifying the Court that "the parties have agreed on the primary terms of a settlement which resolves the entirety of the above-captioned matter."  However, they have requested a continuance of the Pretrial Conference presently scheduled for May 19, 2009 to May 26, 2009 to allow them time to finalize the details of the settlement.  Good cause appearing,

   IT IS HEREBY ORDERED THAT the Pretrial Conference presently set for May 19, 2009 is CONTINUED to **May 26, 2009 at 1:00 p.m.**

   IT IS SO ORDERED.

Dated:  May 14, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge