ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
           mbetz@allenmatkins.com
           nsubias@allenmatkins.com

Attorneys for Plaintiff and Counter-Defendant
Jean Phleger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEAN PHLEGER, an individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>COUNTRYWIDE HOME LOANS, INC. (dba AMERICAN'S WHOLESALE LENDER); COUNTRYWIDE BANK N.A.; RECONTRUST COMPANY, N.A.; FIRST NATIONAL MORTGAGE SOURCES, LLC.; GEORGE W. HANNAH II, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C-07-1686 SBA (WDB)<br><br><br><br>**STIPULATION AND  ORDER EXTENDING FINAL DISMISSAL DATE** |

762285.01/SF

1    Pursuant to Civil L.R. 7-12, plaintiff/counter-defendant Jean Phleger ("Plaintiff" or

2  "Phleger") and defendants Countrywide Home Loans, Inc. and Countrywide Bank, N.A. (nka

3  Countrywide Bank, F.S.B.) (collectively, "Countrywide"), as well as third-party defendant Stewart

4  Title of California, Inc. ("Stewart Title"), stipulate that the final dismissal date is hereby extended

5  to July 2, 2009, with any further motion to further extend the dismissal date or to reopen the case

6  due by that date.

7                                      **Background**

8    WHEREAS on May 22, 2009, the Court issued an order [Docket No. 397] which

9  ordered the final dismissal of this action unless a "motion or request is filed within 13 days of this

10 order."

11   WHEREAS on June 3, 2009, Plaintiff filed a Notice of Motion and Motion to

12 Extend the Dismissal Date [Docket No. 398].

13   WHEREAS Plaintiff's Motion [Docket No. 398] has been vacated.

14   WHEREAS counsel for Plaintiff, Countrywide, and Stewart Title have met and

15 conferred concerning extending the dismissal date, and agree to an extension to July 2, 2009, with

16 any further motions to extend or reopen the case due by July 2, 2009.

17   NOW THEREFORE, JEAN PHLEGER, COUNTRYWIDE, AND STEWART

18 TITLE HEREBY STIPULATE AND AGREE AS FOLLOWS:

19       1.    The final dismissal date shall be extended to July 2, 2009;

20       2.    The case will be dismissed on July 2, 2009, unless a further motion to

21 extend the dismissal date or a motion to reopen the case is filed by that date.

22 Dated: June 5, 2009                    MILLER STARR REGALIA

23

24

25                        By:    ___/s/  Kenneth R. Styles_____
                                 RICHARD G. CARLSTON
26                               KENNETH R. STYLES
                                 Attorneys for Defendants and
27                               Counterclaimants COUNTRYWIDE HOME
                                 LOANS, INC. and COUNTRYWIDE
28                               BANK, F.S.B. (fka Countrywide Bank,
                                 N.A.)

Dated:  June 5, 2009                    ALBORG VEILUVA & EPSTEIN LLP


                                        By:    /s/  Mark Epstein
                                            MARK EPSTEIN
                                            Attorneys for Third- Party Defendant Stewart
                                            Title of California, Inc.

Dated: June 5, 2009                     ALLEN MATKINS LECK GAMBLE
                                        MALLORY & NATSIS LLP



                                        By:    /s/  Michael J. Betz
                                            ROBERT R, MOORE
                                            MICHAEL J. BETZ
                                            NICHOLAS A. SUBIAS
                                            Attorneys for Plaintiff and Counter-
                                            Defendant JEAN PHLEGER

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michael J. Betz hereby attests that concurrence in the filing of this document has been obtained.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the final dismissal date is hereby extended to July 2, 2009, and that the case will be finally dismissed unless a motion to further extend the dismissal date or to reopen the case is filed by that date.


Dated: 6/8/09                   _____
                                SANDRA BROWN ARMSTRONG
                                JUDGE OF THE U.S. DISTRICT COURT