UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEAN PHLEGER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>　　　　　Defendants. | Case No:  CV 07-01686 SBA<br><br>**ORDER REOPENING CASE**<br><br>Docket 403 |

The Court previously issued an order of conditional dismissal following the notification of settlement submitted by the parties.  Defendants and Counterclaimants Countrywide Home Loans and Countrywide Bank F.S.B. (collectively "Countrywide") have timely submitted a request to reopen the action so that they may move for a default judgment against Counterdefendant Michael Edison, who apparently has failed to appear and was not a part of the global settlement. Good cause appearing,

IT IS HEREBY ORDERED THAT Countrywide's request to reopen is GRANTED for the limited purpose of resolving default issues between Countrywide and Edison.  The remaining parties shall appear on **October 7, 2009 at 3:30 p.m.** for a Case Management Conference.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Countrywide shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

　　　　IT IS SO ORDERED.


Dated:  July 27, 2009　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge